# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **HYSON USA, INC.**, an Illinois Corporation, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 14 C 4320<br>) |
| **HYSON 2U, LTD.**, an Illinois Corporation, et al., | )<br>)<br>) |
| Defendants. | ) |

## SUPPLEMENT TO MEMORANDUM OPINION AND ORDER

This Court today considered and denied orally plaintiffs' motion to reconsider this Court's October 2, 2014 memorandum opinion and order ("Opinion"). There is an old adage among lawyers that there are really three arguments in an appellate case: the one that the appellant prepares, the one that he or she gives to the court and the one that he or she thinks about when going back to the office. Much the same is true here, for this Court has been struck by its inadvertent failure to simplify the basic predicate on which the accusation by plaintiffs' counsel that this Court has misapprehended the issues is fundamentally flawed.

What counsel should understand is that the real thrust of both the Opinion and the denial of the motion to reconsider is that plaintiffs' conduct has caused them to lose their exclusivity of the use of their trademarks as against defendants, though they may well have retained such exclusivity as against all others. Both the Opinion and today's oral ruling should be understood in that sense.

_____
Milton I. Shadur
Date: October 9, 2014    Senior United States District Judge